ALEX DEL VECCHIO ET AL. *v.* STONEHILL
ASSOCIATES, INC.
(9787)

O'CONNELL, LANDAU and HEIMAN, Js.

Argued October 3—decision released October 22, 1991

*William F. Gallagher,* with whom, on the brief, were *Sheldon A. Messinger* and *Thomas B. Pursell,* for the appellant (defendant).

*Vincent T. McManus, Jr.,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.